B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>NORTHERN DISTRICT OF TEXAS<br>DALLAS DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Navarro Orthodontix of McAllen, PLLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba Navarro Orthodontix** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **80-0614941** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**2511 Cornerstone Blvd.**<br>**Edinburg, TX**<br>ZIP CODE **78539** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Hidalgo** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**911 N. MacArthur Blvd.**<br>**Irving, TX**<br>ZIP CODE **75061** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box.)
- [x] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**     **Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**     THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**
| [x] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [x] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.5.1, ID 0024972924)*

B1 (Official Form 1) (04/13)                                                                                                                              Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Navarro Orthodontix of McAllen, PLLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor   (If more than one, attach additional sheet.)

| Name of Debtor:<br>**See attached Exhibit A** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br>                                                                           Date |
|---|---|

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                                   _____
                                   (Name of landlord that obtained judgment)


                                   _____
                                   (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): Navarro Orthodontix of McAllen, PLLC |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X **/s/ Joyce Lindauer**
_____
Joyce Lindauer          Bar No. **21555700**

Joyce W. Lindauer Attorney, PLLC
Attorney at Law & Mediator
12720 Hillcrest Road
Suite 625
Dallas, TX 75230

Phone No. **(972) 503-4033**     Fax No. **(972) 503-4034**

**4/1/2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address
X_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Navarro Orthodontix of McAllen, PLLC**

X **/s/ Dr. Carlos F. Navarro**
Signature of Authorized Individual

**Dr. Carlos F. Navarro**
Printed Name of Authorized Individual

**Authorized Representative**
Title of Authorized Individual

**4/1/2015**
Date

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.5.1, ID 0024972924)*

# EXHIBIT "A"

Navarro Orthodontix, P.C.
Case No. 14-32499-bjh

Navarro Orthodontix of Edinburg, PLLC
Case No. 14-33804-bjh

CAR & MAR Ortho, PLLC

MAN & CFN Ortho, PLLC

Navarro Brownsville, LLC

Navarro Orthodontix of Fort Worth, PLLC

Navarro Orthodontix of Irving, PC

Navarro Orthodontix of McAllen, PLLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE: **Navarro Orthodontix of McAllen, PLLC**          CASE NO

CHAPTER    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept: | **$25,000.00** |
   | Prior to the filing of this statement I have received: | **$6,000.00** (includes filing fee) |
   | Balance Due: | **$19,000.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor      ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **4/1/2015** | **/s/ Joyce Lindauer** |
| Date | *Joyce Lindauer*    Bar No. 21555700 |
| | Joyce W. Lindauer Attorney, PLLC |
| | Attorney at Law & Mediator |
| | 12720 Hillcrest Road |
| | Suite 625 |
| | Dallas, TX 75230 |
| | Phone: (972) 503-4033 / Fax: (972) 503-4034 |

---

  **/s/ Dr. Carlos F. Navarro**
*Dr. Carlos F. Navarro*
*Authorized Representative*

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Navarro Orthodontix of McAllen, PLLC**          Case No.

Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Texas Health & Human Services Commission<br>Attn: Kevin Raymond<br>P.O. Box 13247<br>Austin, TX 78711 | | Business Debt | | $12,906,757.00 |
| Patrick Wilcox<br>c/o Cynthia Dooley<br>5403 Vickery Blvd.<br>Dallas, TX 75206 | | Business Debt | | $375,644.39 |
| Zayas & Hernandez<br>950 Van Buren<br>Brownsville, TX 78520 | | Business Debt | | $8,375.00 |
| Darby Dental<br>Attn: Nancy Cole<br>4460 Holmes Road, Suite 101<br>Memphis, TN 38118 | | Business Debt | | $7,664.24 |
| Dentsply GAC<br>Attn: Joana Nery<br>355 Knickerbocker Avenue<br>Bohemia, NY 11716 | | Business Debt | | $4,214.49 |
| Mid Atlantic Ortho<br>Attn: Dan Elkin<br>1008 Industrial Drive, Suite D-E<br>West Berlin, NJ 08091 | | Business Debt | | $3,659.11 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Navarro Orthodontix of McAllen, PLLC**     Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541 | | Business Debt | | $3,238.13 |
| Reconstructive OMS | | Business Debt | | $3,029.00 |
| Navarro Orthodontix PC<br>911 N. MacArthur Blvd.<br>Irving, TX 75061 | | Business Debt | | $2,914.63 |
| Orthodontic Design and Production | | Business Debt | | $2,590.92 |
| AM Touch Dental<br>Attn: David W. Roth<br>2217 Harwood Road<br>Bedford, TX 76021 | | Business Debt | | $2,555.66 |
| G&H Wire Company<br>Attn: John Helton<br>P.O. Box 248<br>Greenwood, IN 46142 | | Business Debt | | $2,241.00 |
| Key, Harrington & Barnes PC<br>Attn: Troy Murrell<br>3710 Rawlins Street, Suite 950<br>Dallas, TX 75219 | | Business Debt | | $2,181.25 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Navarro Orthodontix of McAllen, PLLC**          Case No.

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Cornerstone Owners Association | | Business Debt | | $1,933.32 |
| Henry Schein<br>Attn: Mary Johnson<br>135 Duryea Road, East Bldg.<br>Melville, NY 11747 | | Business Debt | | $845.23 |
| Ortho Essentials<br>115 Harding Road<br>Southhampton, PA 18966 | | Business Debt | | $702.39 |
| Pabla Villareal Jr. RTA<br>P.O. Box 2287<br>Edinburg, TX 78502 | | Business Debt | | $683.73 |
| Televox Software<br>Dept. 1343<br>Denver, CO 80556 | | Business Debt | | $578.00 |
| Ortho Organizers<br>Attn: Victoria Griffin<br>1822 Aston Avenue<br>Carlsbad, CA 92008 | | Business Debt | | $419.33 |
| Superior Storage | | Business Debt | | $270.00 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:    **Navarro Orthodontix of McAllen, PLLC**                                    Case No.

                                                                                                              Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the _____**Authorized Representative**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:__**4/1/2015**_____          Signature:__**/s/ Dr. Carlos F. Navarro**_____
                                                                                            *Dr. Carlos F. Navarro*
                                                                                            **Authorized Representative**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Navarro Orthodontix of McAllen, PLLC**               CASE NO

                                                               CHAPTER    **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  4/1/2015                                 Signature  /s/ Dr. Carlos F. Navarro
                                                          *Dr. Carlos F. Navarro*
                                                          *Authorized Representative*

Date _____           Signature _____

AM Touch Dental
Attn: David W. Roth
2217 Harwood Road
Bedford, TX 76021

Attorney General of Texas
Bankruptcy Division
P O Box 12548
Austin, TX 78711-2548

Bank of America, N.A.
Attn: Brandi Russell
2001 NE 46th Street
M08-050-01-17
Kansas City, MO 64116

Benco Dental
Attn: Ryan Daugherty
295 Centerpoint Blvd.
P.O. Box 491
Pittson, PA 18640

Cornerstone Owners Association

Darby Dental
Attn: Nancy Cole
4460 Holmes Road, Suite 101
Memphis, TN 38118

Dental Health Products

Dentsply GAC
Attn: Joana Nery
355 Knickerbocker Avenue
Bohemia, NY 11716

Dentsply Raintree Essix
Dentsply International, Inc.
Attn: Janel De Vries
570 W. College Avenue
York, PA 17404

```
G&H Wire Company
Attn: John Helton
P.O. Box 248
Greenwood, IN 46142


Henry Schein
Attn: Mary Johnson
135 Duryea Road, East Bldg.
Melville, NY 11747


Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242-1100


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


JES Orthodontics
1870 N. Corporate Lake Blvd.
No. 266892
Fort Lauderdale, FL 33326


Key, Harrington & Barnes PC
Attn: Troy Murrell
3710 Rawlins Street, Suite 950
Dallas, TX 75219


Mid Atlantic Ortho
Attn: Dan Elkin
1008 Industrial Drive, Suite D-E
West Berlin, NJ 08091


Navarro Orthodontix PC
911 N. MacArthur Blvd.
Irving, TX 75061


Ortho Essentials
115 Harding Road
Southhampton, PA 18966
```

```
Ortho Organizers
Attn: Victoria Griffin
1822 Aston Avenue
Carlsbad, CA 92008


Orthodontic Design and Production



Pabla Villareal Jr. RTA
P.O. Box 2287
Edinburg, TX 78502


Patrick Wilcox
c/o Cynthia Dooley
5403 Vickery Blvd.
Dallas, TX 75206


Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23541


Reconstructive OMS



Richard G. Dafoe
Vincent Lopez Serafino Jenevein PC
1601 Elm Street, Suite 4100
Dallas, TX 75201


Superior Alarms
600 Ash Avenue
McAllen, TX 78501


Superior Storage
```

```
Televox Software
Dept. 1343
Denver, CO 80556




Texas Comptroller of Public Accounts
Revenue Accting Div - Bankruptcy Section
PO Box 13528
Austin, TX 78711-3528


Texas Health & Human Services Commission
Attn: Kevin Raymond
P.O. Box 13247
Austin, TX 78711


Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001



U. S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242


World Federation of Orthodontists




Zayas & Hernandez
950 Van Buren
Brownsville, TX 78520



Zhermack Inc.
Attn: Candida Gonzalez
P.O. Box 4195
River Edge, NJ 07661
```